IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  14-04380 |
| Kahari Donelson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack Schmetterer |

NOTICE OF MOTION

TO:   Kahari Donelson, 1064 Harding Calumet City Illinois. 60409, *via US mail*

Trustee Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, *via ECF*

*clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **August 19, 2015 at 9:30 a.m.**, I shall appear before the Honorable Judge Jack Schmetterer at the Federal Courthouse, 219 S. Dearborn, Courtroom 682, Chicago, Illinois, or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   /s/ *David H. Cutler*
        David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on July 31, 2015 before the hour of 6:00 p.m.

By:   /s/ David H. Cutler
        David H. Cutler, esq.
        Counsel for Debtor(s)
        Cutler & Associates, Ltd.
        4131 Main St,
        Skokie, IL 60076
        Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  14-04380 |
| Kahari Donelson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack Schmetterer |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, by and through her attorneys, the law office of CUTLER &

ASSOCIATES, and in support of her Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on 2/12/14 and her Plan was confirmed with a payment of $370 monthly with unsecured creditors receiving 2% of their unsecured claims.

3. The Debtor works as a teacher assistant for the Chicago Public Schools.

4. Every summer, the Debtor usually works a second temporary job during the 3 months she is off from her regular job.

5. Unexpectedly, this summer the Debtor could not find a temporary job and she lost her income for 3 months.

6. As a result, the Debtor cannot afford to make her trustee payments until she gets back to work at the beginning of September 2015.

7. The Debtor respectfully requests to suspend her trustee payments for 3 months for July, August and September 2015.

8. The Debtor shall resume making her regular trustee payments in October 2015.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan
Post Confirmation to suspend her plan payments for 3 months and resume her payments in October
2015; and for such further relief that this Court may deem just and proper.

Dated: 7.31.15                                     Respectfully Submitted,

                                        By:     /s/ David H. Cutler
                                                David H. Cutler, esq.,
                                                Counsel for Debtor(s):
                                                Cutler & Associates, Ltd.
                                                4131 Main St.
                                                Skokie, IL 60076
                                                Phone: (847) 673-8600