UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-04380 |
| Kahari Donelson | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

   IT IS HEREBY ORDERED:

   1. Debtor's current Chapter 13 Plan is modified post-confirmation to:
a) defer the July 2015 and August 2015 payments and the current trustee default to the end of the Plan;
b) suspend the trustee payment for September 2015;
c) Debtor shall resume making the regular trustee payments in October 2015.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  August 19, 2015

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600